# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | PEW LAW CENTER PLLC ET AL | |
| **Case Number:** | 2:20-MP-00005-DPC | **Chapter:** N/ |
| **Date / Time / Room:** | MONDAY, JUNE 29, 2020 01:30 PM   TELEPHONIC HRGS | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | |
| **Courtroom Clerk:** | JENNIFER LOWRY | |
| **Reporter / ECR:** | RENEE BRYANT | |

## *Matters:*

1) **ORDER TO SHOW CAUSE AGAINST LAWRENCE D. PEW AND ALEXANDER ZOLFGHARI**
   R / M #:   1 / 0

2) **HEARING ON TRUSTEE'S MOTION TO ALLOW OFFSET OF OVERPAID FUNDS**
   R / M #:   37 / 0

## *Appearances:*

RACHEL FLINN, ATTORNEY FOR TRUSTEE RUSSELL BROWN
ROSS MUMME, ATTORNEY FOR TRUSTEE EDWARD MANEY
ELIZABETH AMOROSI, ATTORNEY FOR THE U.S. TRUSTEE
RANDY NUSSBAUM, ATTORNEY FOR ALEX ZOLFAGHARI
ALEX ZOLFAGHARI

Case 2:20-mp-00005-DPC   Doc 42   Filed 06/29/20   Entered 06/30/20 15:07:17   Desc
Main Document    Page 1 of 4

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:20-MP-00005-DPC                MONDAY, JUNE 29, 2020 01:30 PM

**Proceedings:**

(1)  ORDER TO SHOW CAUSE AGAINST LAWRENCE D. PEW AND ALEXANDER ZOLFAGHARI

Mr. Nussbaum advised that he believes Mr. Zolfaghari has resolved many of the Court's concerns and is still working on any outstanding issues.

Ms. Flinn stated that there are quite a few cases where the notice of substitution was never filed and advised that she will need to follow up with Mr. Nussbaum on those cases.

The Court stated that if Ms. Flinn or the Trustee see things that need to be addressed they need to bring it to the Court's attention. The Court suggested that Ms. Flinn return to business as usual with the Pew/Zolfaghari cases.

Ms. Flinn agreed.

Mr. Mumme informed the Court that it does not look like there is a lot that needs to be done regarding the notices of substitution in the cases assigned to Trustee Maney. Mr. Mumme advised that there are three cases assigned to Trustee Maney that are past the drop dead dates, however the Trustee is hesitant to dismiss them because the debtors are current on their plan payments. Mr. Mumme agreed with the Court's suggestion to get back to business as usual with the Pew/Zolfaghari cases.

Ms. Amorosi presented the position of the U.S. Trustee and stated that she will file a motion to remove Mr. Pew as counsel of record in

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

numerous cases.

Mr. Nussbaum stated that it may make sense to allow him time to find out if there are any cases outstanding in which Mr. Zolfaghari intends to substitute in as counsel in place of Mr. Pew.

Mr. Zolfaghari agreed with Mr. Nussbaum's suggestion.

Ms. Amorosi stated that she will work on the motion and asked that Mr. Nussbaum email her to let her know what cases Mr. Zolfaghari would like to take on.

The Court agreed. The Court questioned Mr. Zolfaghari regarding cases 18-1895, 19-7912, 18-11045, 15-3729, 18-12984, 17-3469, 18-13661, and 18-15481. The Court indicated that these cases have deficiencies that need to be corrected.


COURT:  IT IS ORDERED THAT NO LATER THAN THE CLOSE OF BUSINESS ON MONDAY, JULY 6, 2020, MR. NUSSBAUM SHALL IDENTIFY TO MS. AMOROSI WHAT MR. ZOLFAGHARI INTENDS TO DO REGARDING HIS REPRESENTATION OF THE DEBTORS IN THE CHAPTER 7 CASES WHERE MR. PEW IS STILL LISTED AS COUNSEL OF RECORD.


(2)  HEARING ON TRUSTEE'S MOTION TO ALLOW OFFSET OF OVERPAID FUNDS

# Minute Entry

Mr. Mumme presented the motion.

Mr. Zolfaghari stated that he has no objection.

COURT:  IT IS ORDERED GRANTING THE MOTION. MR. MUMME IS DIRECTED TO LODGE A FORM OF ORDER.